UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT M. GRAVES,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 2:15-cv-2829
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

Plaintiff initiated this action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. On June 8, 2016, the United States Magistrate Judge recommended that Plaintiff's statement of specific errors be overruled and that judgment be entered in favor of the Commissioner. (Report & Recommendation at 15 [ECF No. 16].) Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the Report and Recommendation [ECF No. 16] is **ADOPTED AND AFFIRMED**. Plaintiff's statement of specific errors is **OVERRULED**, and judgment is entered in favor of the Commissioner.

**IT IS SO ORDERED.**

7-7-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE